AO 247 (06/09) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jerry Keys | ) | Case No: 4:10CR344 |
| | ) | USM No: 37390-044 |
| Date of Previous Judgment: 12/10/2010 | ) | Bradford Kessler |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*
Previous Offense Level: _____ Amended Offense Level: _____
Criminal History Category: _____ Criminal History Category: _____
Previous Guideline Range: ___ to ___ months Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/17/2011                     \s\ Jean C. Hamilton
                                            *Judge's signature*

Effective Date: _____                    Jean C. Hamilton, U.S. District Judge
*(if different from order date)*            *Printed name and title*